*Felony*

AUSA

ÀO91 (Rev. 12/03)  Criminal Complaint

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | |
| Hector Manuel ENRIQUEZ<br>A097 840 098  Guatemala | Case Number: B-19- 981-MTJ |

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief.  On or about _____September 30, 2019_____  in  _____Hidalgo_____ County, in

the  _____Southern District Of Texas_____  defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Hidalgo County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title _____8_____  United States Code, Section(s)  _____1326(a)(1)/(b)(1)_____

I further state that I am a(n)  _____Border Patrol Agent_____  and that this complaint is based on the

following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Hidalgo, Texas on September 30, 2019. The defendant is a citizen and national of Guatemala who was previously deported, excluded or removed from the United States on 05/25/2016. The defendant was convicted of Hit and Run-Personal Injury on 07/29/2014. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had no funds.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

_____Signature of Complainant_____

_____Hernandez, Duane    Border Patrol Agent_____
Printed Name of Complainant

Sworn to before me and signed in my presence,

_____October 02, 2019_____  at  _____Brownsville, Texas_____
Date                                           City/State

| Ignacio Torteya III | U.S. Magistrate Judge | |
| Name of Judge | Title of Judge | Signature of Judge |